# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FIRST BAPTIST CHURCH**                                                     **PLAINTIFF**

v.                  **CASE NO: 4:19-CV-00855 BSM**

**CHURCH MUTUAL INSURANCE COMPANY**                            **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on January 12, 2022, following three days of trial, judgment is entered in favor of defendant, Church Mutual Insurance Company, and against plaintiff, First Baptist Church, on all claims, and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 21st day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE